**Robert T. Dawson**
**U. S. District Judge**

**United States District Court**
**Western District of Arkansas**
**Post Office Box 1624**
**Fort Smith, Arkansas 72902-1624**

**Phone: (479) 783-2898**
██████████████

June 26, 2009

Hon. Bobby R. Baldock, Chair
Judicial Conference of the U.S.
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2007 Filing

RECEIVED
2009 JUL -1 A 10: 54
FINANCIAL DISCLOSURE OFFICE

Dear Judge Baldock,

My 2007 filing should be amended at Part VII, page 5, line 31 to not reflect Jonesboro AR City Wtr. as an asset. That bond was redeemed on November 16, 2006 and was included by inadvertence; it was properly omitted from the 2008 filing. Thank you for making this correction to the 07 filing.

Yours very truly



United States District Judge

cc: Ms. Kathy Jackson

**Dawson_Robert_T**

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dawson, Robert T. | U.S. District Court | 04/01/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P O Box 1624<br>Fort Smith, AR 72902-1624 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/01/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA-CREF | C | Interest | M | T | | | | | |
| 2. Enterprise Growth Fund Cl A 215 | A | Dividend | J | T | | | | | |
| 3. Stephens Production Company (oil & gas) | A | Royalty | J | W | | | | | |
| 4. XTO Energy (oil & gas) | A | Royalty | J | W | | | | | |
| 5. Cypress Production (oil & gas) | A | Royalty | J | W | | | | | |
| 6. Tellus Operating (oil & gas) | A | Royalty | J | W | | | | | |
| 7. ACXIOM | A | Dividend | K | T | | | | | |
| 8. Simon Property Group | B | Dividend | K | T | | | | | |
| 9. Alltel Corp Del | B | Dividend | J | T | | | | | |
| 10. Motorola Inc. | A | Dividend | J | T | | | | | |
| 11. USA Truck | A | Dividend | J | T | | | | | |
| 12. Arkansas St College Svgs B | B | Interest | | | Matured | 12/01 | J | A | |
| 13. Arkansas St College Svgs B | B | Interest | K | T | | | | | |
| 14. Arkansas St College Svgs A | B | Interest | K | T | | | | | |
| 15. Cisco Sys Inc. | A | Dividend | J | T | | | | | |
| 16. Coca Cola | A | Dividend | | | Sold | 10/08 | J | A | |
| 17. Wachovia Corporation | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/01/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. General Electric | A | Dividend | K | T | | | | | |
| 19. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 20. Johnson & Johnson | A | Dividend | | | Sold | 10/14 | J | A | |
| 21. McDonalds Corp | A | Dividend | J | T | | | | | |
| 22. Little Rock AR New Pub Hsg Auth Calls | A | Interest | | | Matured | 7/15 | J | A | |
| 23. Southwest Airlines | A | Dividend | J | T | | | | | |
| 24. Chevron Texaco Corp | A | Dividend | | | Sold | 10/14 | K | A | |
| 25. Intel Corp | A | Dividend | J | T | | | | | |
| 26. Walt Disney | A | Dividend | J | T | | | | | |
| 27. Alcatel-Lucent Technologies | A | Dividend | J | T | | | | | |
| 28. Sun Microsystems | A | Dividend | | | Sold | 07/03 | J | A | |
| 29. American Small Cap World | A | Dividend | J | T | | | | | |
| 30. Home Depot | A | Dividend | | | Sold | 10/01 | J | A | |
| 31. Vanguard 500 Index Fund | A | Dividend | | | Sold | 07/01 | K | A | |
| 32. NASDAQ 100 Unit Trust Series I/Power Shares QQQ | A | Dividend | M | T | Sold (part) | 9/26 | M | B | |
| 33. Janus Fund #42 | A | Dividend | | | Sold | 10/08 | K | A | |
| 34. Vanguard 500 Index Fund | A | Dividend | K | T | Sold (part) | 10/08 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/01/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Life Strategy Growth Fund | A | Dividend | J | T | Sold (part) | 12/18 | J | A | |
| 36. Sebastian County Junior College | A | Interest | | | Matured | 12/01 | J | A | |
| 37. Watson Chapel AR School Dist. | A | Interest | J | T | | | | | |
| 38. Merck & Co. | A | Dividend | J | T | | | | | |
| 39. Tenn Valley Auth Zero Coupon | A | Interest | | | Matured | 11/03 | J | A | |
| 40. LeSalle Bank NA | A | Interest | | | Matured | 03/13 | J | A | |
| 41. Univ of Ark | A | Interest | J | T | | | | | |
| 42. Cinergy Corp/Duke Energy | B | Dividend | K | T | | | | | |
| 43. Ameren Corp | A | Dividend | J | T | | | | | |
| 44. Consolidated Edison | A | Dividend | J | T | | | | | |
| 45. Bank of Hapoalim NY | A | Interest | L | T | | | | | |
| 46. Progress Energy Inc. | A | Dividend | J | T | | | | | |
| 47. Pub Svc Ent | A | Dividend | J | T | | | | | |
| 48. Little River Cty AR Rev. | A | Interest | J | T | | | | | |
| 49. Bank of America | A | Dividend | J | T | | | | | |
| 50. Conoco Phillips | A | Dividend | | | Sold | 10/14 | J | A | |
| 51. Entergy Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/01/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Phoenix Rising/Virtus Growth | A | Dividend | J | T | | | | | |
| 53. Murphy Oil | A | Dividend | J | T | | | | | |
| 54. Bank of America | A | Dividend | J | T | | | | | |
| 55. Ark St Fed Hwy Grant | A | Interest | K | T | | | | | |
| 56. GMAC Bond | A | Interest | | | Matured | 1/23 | M | B | |
| 57. Blackrock Global | A | Interest | J | T | | | | | |
| 58. Windstream/Alltel | A | Dividend | K | T | | | | | |
| 59. Little Rock AR New Pub | A | Interest | J | T | | | | | |
| 60. Amer Funds Cap Inc. | A | Dividend | J | T | | | | | |
| 61. Amer Funds Euro Pacific | A | Dividend | J | T | | | | | |
| 62. Amer funds Washington Mutual | A | Dividend | J | T | | | | | |
| 63. Janus Worldwide Fund (IRA) | E | Int./Div. | L | T | | | | | |
| 64. Spectra | A | Dividend | J | T | | | | | |
| 65. Goldman Sachs | A | Interest | | | Sold | 07/01 | J | | |
| 66. Bentonville, AR Sch | A | Interest | K | T | | | | | |
| 67. Hartford Life Ins. Bond | A | Interest | K | T | | | | | |
| 68. Crittenden County Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Conway AR Sch Bond | A | Interest | J | T | | | | | |
| 70. Nuveen Prem Ins. | A | Interest | J | T | | | | | |
| 71. Kinder Morgan | A | Interest | J | T | | | | | |
| 72. Ark St Higher Educ | A | Interest | K | T | | | | | |
| 73. J P Morgan Chase | A | Interest | J | T | | | | | |
| 74. Hartford Growth bond | A | Interest | J | T | | | | | |
| 75. Fed Kaufman Small Cap | A | Interest | J | T | | | | | |
| 76. Matthews Asia | A | Interest | J | T | | | | | |
| 77. John Hancock Large Cap | A | Interest | J | T | | | | | |
| 78. DWS Deeman High Ret | A | Interest | | | Sold | 10/21 | J | | |
| 79. Allianz NFJ | A | Interest | J | T | | | | | |
| 80. Julius Baer Int'l/Artio Int'l | A | Interest | J | T | | | | | |
| 81. Mutual Discovery | A | Interest | J | T | | | | | |
| 82. Davis New York | A | Interest | J | T | | | | | |
| 83. Ivy Global Natural | A | Interest | | | Sold | 10/28 | J | | |
| 84. Allianz CCM Cap | A | Interest | | | Sold | 10/28 | J | | |
| 85. Neuberg & Bermn | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AIM Int'l | A | Interest | J | T | | | | | |
| 87. Crocs | A | Interest | J | T | | | | | |
| 88. Hillcrest CD | B | Interest | L | T | Buy | 09/09 | L | | |
| 89. Bank of Rogers CD | B | Interest | L | T | Buy | 10/07 | L | | |
| 90. Colonial Bank CD | B | Interest | L | T | Buy | 10/15 | L | | |
| 91. Van Kamper | A | Interest | J | T | Buy | 08/25 | J | | |
| 92. Buckeye Ohio Bond | A | Interest | J | T | Buy | 08/25 | J | | |
| 93. New York Ciry Bond | A | Interest | J | T | Buy | 08/25 | J | | |
| 94. Bentonville AR Sales | A | Interest | K | T | Buy | 08/01 | K | | |
| 95. Little Rock AR Sewer | A | Interest | J | T | Buy | 10/08 | J | | |
| 96. Baron Partners | A | Interest | J | T | Buy | 10/21 | J | | |
| 97. Cambiar Opp. | A | Int./Div. | J | T | Buy | 10/21 | J | | |
| 98. Ivy Asset | A | Interest | J | T | Buy | 10/21 | J | | |
| 99. DN Lehman Bro CD | A | Interest | K | T | Buy | 02/26 | K | | |
| 100. General Electric Cap | A | Interest | K | T | Buy | 10/28 | K | | |
| 101. Verizon | A | Interest | J | T | Buy | 11/24 | J | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/01/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/01/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544